MICHAEL ANTHONY HERNANDEZ
CA Bar No. 234579
Michael@DefenseAttorneySD.com
Michael Anthony Hernandez, APC
501 West Broadway, Suite 1360
San Diego, CA 92101
Telephone: 619.341.3149
*Attorney for Maria Mandujano Sanchez (admitted pro hac vice)*

JACQUELINE TIRINNANZI, ESQ.
NV Bar No. 13266
jt@kathleenblisslaw.com
170 South Green Valley Parkway Suite 300
Henderson, Nevada 89012
Telephone: 702.463.9074
*Local Counsel and*
*Attorney for Maria Mandujano Sanchez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA MANDUJANO SANCHEZ,<br><br>Defendant. | CASE NO. 2:21-cr-00328-GMN-DJA<br>2:21-cr-00226-GMN-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING FOR CONSOLIDATED CASES** |

        Maria Mandujano Sanchez, by and through counsel of record Michael Anthony

Hernandez and Jacqueline Tirinnanzi, and the United States of America, by and through

Assistant United States Attorney Allison Reese, hereby stipulate and request that the Court

vacate Ms. Mandujano Sanchez's sentencing hearing currently set for February 14, 2023, at

10:00 a.m. and continue it to a later date convenient to the Court, but no sooner than forty five

(45) days. This stipulation is made and based upon the following:

1. The parties agree to the continuance.

2. On March 2, 2022, Ms. Mandujano Sanchez pleaded guilty to one count of Importation of a Controlled Substance (cocaine) in violation of 21 U.S.C. §§ 952 and 960. ECF No. 15. Sentencing in this case is currently scheduled for February 14, 2023 at 10 a.m.

3. On June 27, 2022, as the result of an unopposed motion (ECF 21), this Court issued an order granting the consolidation of the matter in Case No. 2:21-cr-00226-JCM-NJK into the instant case. Case No. 2:21-00226-JCM-NJK; ECF No. 68 and Case No. 2:21-cr-00328-GMN-DJA-1; ECF No. 22

4. On December 6, 2022 Ms. Mandujano Sanchez pleaded guilty to one count of Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846 in Case No. 2:21-cr-00226-GMN-NJK. ECF. 89. Sentencing is also scheduled for February 14, 2023 at 10 a.m. *Id*.

5. Defense counsel's ability to effectively and thoroughly explore all factors relevant to Ms. Mandujano Sanchez's mitigation and sentencing presentation requires additional time to prepare. Counsel are utilizing expert services in preparation for sentencing and said expert requires additional time due to competing schedule obligations, which were exacerbated due to health issues that set them behind schedule in December 2022.

6. Additionally, Mr. Hernandez, who is representing Ms. Mandujano pro hac vice on the importation portion of the case, has scheduling conflicts on the current date and anticipates he will be going to trial the first half of March 2023. He also resides out of state and travel to Las Vegas is challenging for him with the current sentencing date.

7. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that, "the court may, for good cause, change any time limits

prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016).

8. This is the third request for a continuance of the sentencing in Case No. 2:21-cr-00328-GMN-DJA and the first request for a continuance of sentencing in case No. 2:21-cr-00226-GMN-JCA. The additional time requested herein is not sought for purposes of delay. No further continuances are anticipated.

9. Denial of this request for a continuance would deny counsel for Ms. Mandujano Sanchez sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

10. Ms. Mandujano Sanchez is in custody and agrees to the proposed continuances.

Dated February 3, 2023.


/s/ Allison Reese_____          /s/ Michael Anthony Hernandez_____
ALLISON REESE, ESQ.                        MICHAEL ANTHONY HERNANDEZ, ESQ.
Assistant U.S. Attorney                    Counsel for Maria Mandujano Sanchez

/s/ Jacqueline Tirinnanzi_____
JACQUELINE TIRINNANZI, ESQ.
Counsel for Maria Mandujano Sanchez

1
2
3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4
5
6
7
8
9
10

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARIA MANDUJANO SANCHEZ,

Defendant.

CASE NO. 2:21-cr-00328-GMN-DJA
2:21-cr-00226-GMN-NJK

**STIPULATION AND            ORDER
TO CONTINUE SENTENCING FOR
CONSOLIDATED CASES**

11

**FINDINGS OF FACT**

12
13
14
15
16

1. The parties agree to the continuance.

2. On March 2, 2022, Ms. Mandujano Sanchez pleaded guilty to one count of Importation
   of a Controlled Substance (cocaine) in violation of 21 U.S.C. §§ 952 and 960. ECF No.
   15. Sentencing in this case is currently scheduled for February 14, 2023 at 10 a.m.

17
18
19
20
21

3. On June 27, 2022, as the result of an unopposed motion (ECF 21), this Court issued an
   order granting the consolidation of the matter in Case No. 2:21-cr-00226-JCM-NJK into
   the instant case. Case No. 2:21-00226-JCM-NJK; ECF No. 68 and Case No. 2:21-cr-
   00328-GMN-DJA-1; ECF No. 22

22
23
24
25
26

4. On December 6, 2022 Ms. Mandujano Sanchez pleaded guilty to one count of Conspiracy
   to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1),
   841(b)(1)(A)(viii), and 846 in Case No. 2:21-cr-00226-GMN-NJK. ECF. 89. Sentencing
   was scheduled for February 14, 2023 at 10 a.m. *Id.*

27
28

5. Defense counsel's ability to effectively and thoroughly explore all factors relevant to
   Ms. Mandujano Sanchez's mitigation and sentencing presentation requires additional

time to prepare. Counsel are utilizing expert services in preparation for sentencing and said expert requires additional time due to competing schedule obligations, which were exacerbated due to health issues that set them behind schedule in December 2022.

6. Additionally, Mr. Hernandez, who is representing Ms. Mandujano pro hac vice on the importation portion of the case, has scheduling conflicts on the current date and anticipates he will be going to trial the first half of March 2023. He also resides out of state and travel to Las Vegas is compatible for him with the current sentencing date.

7. This is the third request for a continuance of the sentencing in Case No. 2:21-cr-00328-GMN-DJA and the first request for a continuance of sentencing in case No. 2:21-cr-00226-GMN-JCA. The additional time requested herein is not sought for purposes of delay. No further continuances are anticipated.

8. Denial of this request for a continuance would deny counsel for Ms. Mandujano Sanchez sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

9. Ms. Mandujano Sanchez is in custody and agrees to the proposed continuances.

## **CONCLUSION OF LAW**

For all the above-stated reasons, the ends of justice are served by granting the requested continuance for the following reasons: Additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution. *See Betterman v. Montana*, 136 S.Ct. 1609, 1617-18 (2016). Failure to grant

the continuance would deny parties sufficient time to meaningfully continue to prepare for

sentencing, considering the exercise of due diligence. Accordingly, a denial of this request for

continuance could result in a miscarriage of justice.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00328-GMN-DJA |
| Plaintiff, | 2:21-cr-00226-GMN-NJK |
| vs. | **ORDER** |
| MARIA MANDUJANO SANCHEZ, | |
| Defendant. | |

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Ms. Mandujano Sanchez's sentencing hearing set for February 14, 2023, hereby is, VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for <u>April 14, 2023</u>, at the hour of <u>9:00 AM</u> in courtroom <u>7D</u>.

Dated this <u>6</u> day of <u>Feb.</u> 2022.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE