MICHAEL ANTHONY HERNANDEZ
CA Bar No. 234579
Michael@DefenseAttorneySD.com
Michael Anthony Hernandez, APC
501 West Broadway, Suite 1360
San Diego, CA 92101
Telephone: 619.341.3149
*Attorney for Maria Mandujano Sanchez (admitted pro hac vice)*

JACQUELINE TIRINNANZI, ESQ.
NV Bar No. 13266
jackie@tirinnanzilaw.com
2370 Corporate Circle Drive, Suite 190
Henderson, Nevada 89074
Telephone: 702.912.3834
*Local Counsel and
Attorney for Maria Mandujano Sanchez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA MANDUJANO-SANCHEZ,<br><br>Defendant. | CASE NO. 2:21-cr-00328-GMN-DJA<br>2:21-cr-00226-GMN-NJK<br><br>**STIPULATION TO SHORTEN BRIEFING SCHEDULE** |

It is hereby stipulated and agreed, by and between Jason Frierson, United States Attorney for the District of Nevada, and Allison Reese, Assistant United States Attorney, and Michael Anthony Hernandez and Jacqueline Tirinnanzi, counsel for Maria Mandujano-Sanchez, that Counsel respectfully requests that this Court extend the deadline for the filing the joint sentencing memorandum from June 20, 2023 to June 21, 2023. This is the parties' first request for an extension. Defense counsel requires one additional day to ensure the accuracy of the joint sentencing memorandum. The government has no objection to shortening the briefing schedule. Denial of this request would deny counsel for Ms. Mandujano-Sanchez sufficient time to

1

effectively and thoroughly prepare, taking into account the exercise of due diligence, especially considering Mr. Hernandez's recent circumstances. The parties stipulate, subject to the Court's approval, that the joint sentencing memorandum is due June 21, 2023 and agree the government response is due June 23, 2023. This stipulation requested is mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

| | |
|---|---|
| /s/ Allison Reese_____ | /s/Jacqueline Tirinnanzi _____ |
| Allison Reese | Jacqueline Tirinnanzi |
| Assistant U.S. Attorney | Counsel for Maria Mandujano-Sanchez |
| | /s/ Michael Hernandez_____ |
| | Michael Hernandez |
| | Counsel for Maria Mandujano-Sanchez |

Dated June 20, 2023,

**IT IS SO ORDERED.**

_____

**HONORABLE GLORIA NAVARRO**

**UNITED STATES DISTRICT JUDGE**

DATED: __June 21, 2023__