1

2

3

4                          UNITED STATES DISTRICT COURT

5                                 DISTRICT OF NEVADA

6                                          * * *

7    THE UNITED STATES OF AMERICA,              Case No. 2:21-CR-226 JCM (NJK)

8                              Plaintiff(s),                    ORDER

9           v.

10   MIGUEL ANGEL MANDUJANO-SANCHEZ,
     et al.,
11

12                           Defendant(s).

13

14          Pending before the court is defendant Maria Mandujano-Sanchez's *pro se* motion to correct

15   her sentence pursuant to Amendment 821 of the United States Sentencing Commission Guidelines.

16   (ECF No. 144).   Amendment 821 is a retroactive amendment that provides a 2-level downward

17   offense level adjustment for certain zero-point offenders whose offenses fit within the guideline's

18   criteria.  *See* USSG § 4C1.1.

19          This court sentenced the defendant on July 10, 2023.  (ECF No. 125).  The defendant filed

20   her motion to correct *pro se* but was thereafter appointed a federal public defender, pursuant to

21   General Order 2023-09.[1]  (ECF No. 146).  General Order 2023-09 requires the FPD—within 30

22   days of a *pro se* motion for relief under Amendment 821—to file a contested motion, a joint

23   stipulation for a sentence reduction, or a notice of non-eligibility.

24          The FPD in this case filed a timely notice of non-eligibility.  (ECF No. 148).  She informs

25   the court that she reviewed the defendant's motion (and other relevant documents) and has

26

27          [1] General Order 2023-09 presumptively appointed counsel for any defendant "previously
     determined to have been entitled to appointment of counsel, or who is now entitled to appointment
28   of counsel, to determine whether that defendant may qualify for retroactive relief under
     Amendment 821."

**James C. Mahan**
**U.S. District Judge**

1    determined that the defendant does not qualify for a sentence reduction under Amendment 821.

2    (*Id.*).  The court finds no reason to deviate from counsel's representations regarding her client.

3        Accordingly,

4        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to

5    correct her sentence (ECF No. 144) be, and the same hereby is, DENIED.

6        DATED December 22, 2023.

7

8                              _____
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**